# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § | CIVIL ACTION 6:20-cv-01163-ADA |
| | § | CIVIL ACTION 6:20-cv-01164-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-01165-ADA |
| | § | CIVIL ACTION 6:20-cv-01166-ADA |
| v. | § | CIVIL ACTION 6:20-cv-01167-ADA |
| | § | CIVIL ACTION 6:20-cv-01168-ADA |
| SALESFORCE.COM, INC., | § | CIVIL ACTION 6:20-cv-01169-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-01170-ADA |
| | § | CIVIL ACTION 6:20-cv-01171-ADA |
| | § | CIVIL ACTION 6:20-cv-01172-ADA |

## DECLARATION OF SAM STAKE IN SUPPORT OF
## SALESFORCE.COM, INC.'S REPLY CLAIM CONSTRUCTION BRIEF

I, Sam Stake, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached hereto as Exhibit B is the Supplemental Declaration of Dr. Douglas C. Schmidt in Support of Salesforce's Reply Claim Construction Brief, dated November 17, 2021.

**A.    The '892 patent**

3. Attached hereto as Ex. 892-3 is a true and correct excerpt of the August 18, 2009 Applicant Arguments/Remarks Made in Amendment in the File History of the '892 patent.

**B.    The '060 patent**

4. Attached hereto as Ex. 060-7 is a true printout of Merriam-Webster online dictionary ("Event") (https://www.merriam-webster.com/dictionary/event).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2021.

> */s/ Sam Stake*
> Sam Stake

1