# Exhibit 060-7

# How to pronounce event (audio)

\ i-'vent \

**Essential Meaning of** *event*

**1 :** something (especially something important or notable) that happens The article recounted the *events* of the past year. the last major/big *event* of the summer See More Examples
**2 :** a planned occasion or activity (such as a social gathering) She likes to arrive at social *events* early. upcoming *events* See More Examples

**3 :** any one of the contests in a sports program track-and-field *events* It's the only *event* on the golf tour that she hasn't yet won. the main *event*

## Full Definition of *event*

**1a :** something that happens **:** occurrence

**b :** a noteworthy happening

**c :** a social occasion or activity

**d :** an adverse or damaging medical occurrence a heart

attack or other cardiac *event*

**2 :** any of the contests in a program of sports

**3a :** a postulated outcome, condition, or eventuality in the *event* that I am not there, call the house

**b :** the final outcome or determination of a legal action

**c** *archaic* **:** outcome

**4 :** the fundamental entity of observed physical reality represented by a point designated by three coordinates of place and one of time in the space-time continuum postulated by the theory of relativity

**5 :** a subset of the possible outcomes of an experiment

**at all events**

**:** in any case

**in any event**

**:** in any case

**in the event**

*chiefly British*

**:** as it turns out

⬇ Other Words from *event* ⬇ Synonyms ⬇ Choose the Right Synonym ⬇ More Example Sentences ⬇ Learn More About *event*