**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

vs.                                                    Case No.: 6:20-cv-01168-ADA

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent _____ in this case, and

would respectfully show the Court as follows:

1.     Applicant is an attorney and a member of the law firm (or practices under the name of)

_____ with offices at:

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____     Facsimile: _____

2.     Since _____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of _____.

Applicant's bar license number is _____.

3.     Applicant has been admitted to practice before the following courts:

Court:                                        Admission date:

_____     _____

_____     _____

_____     _____

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.      I       have       have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ to the Western District of Texas pro hac vice for this case only.


Respectfully submitted,


_____
[printed name of Applicant]
_____
[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the _____ day of _____, _____.


_____
[printed name of Applicant]
_____
[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

vs.                                                        Case No.: 6:20-cv-01168-ADA


## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _____, counsel for

_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_____ may appear on behalf of _____

 in the above case.

IT IS FURTHER ORDERED that _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____

Ray Zado
Bar Admissions

| Court | Date of Admission |
|---|---|
| State Bar of California | 10/28/2000 |
| Central District of California | 08/14/2017 |
| Northern District of California | 05/04/2001 |
| Southern District of California | 03/02/2011 |
| Federal Circuit, Court of Appeal | 08/27/2015 |

00811-99580/13065267.1