UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br><br>　　　　Defendants. | § CIVIL ACTION 6:20-cv-01163-ADA<br>§ CIVIL ACTION 6:20-cv-01164-ADA<br>§ CIVIL ACTION 6:20-cv-01165-ADA<br>§ CIVIL ACTION 6:20-cv-01166-ADA<br>§ CIVIL ACTION 6:20-cv-01167-ADA<br>§ CIVIL ACTION 6:20-cv-01168-ADA<br>§ CIVIL ACTION 6:20-cv-01169-ADA<br>§ CIVIL ACTION 6:20-cv-01170-ADA<br>§ CIVIL ACTION 6:20-cv-01171-ADA<br>§ CIVIL ACTION 6:20-cv-01172-ADA<br>§<br>§ **JURY TRIAL DEMANDED** |

## **ORDER**

Having considered the written and oral arguments presented to the Court on February 17, 2022 in the above-captioned cases, the Court ORDERS:

1. Defendant Salesforce.com Inc. is ordered to make source code available for inspection in Austin, Texas or Dallas, Texas no later than February 28, 2022.

2. Until another protective order is entered by this Court, production of source code will be governed by the Court-drafted default protective order.

3. The parties must disclose the name of any attorney who is not counsel of record but who will review material designated as confidential in the above-captioned cases.

SIGNED this 1st day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE